# ATTACHMENT TO CIVIL COVER SHEET

*Joseph N. Mullis v. JPMorgan Chase & Co., et al.*

## I. (c) – Defendants' Counsel

Emil Petrossian (SBN 264222)
Alexander R. Miller (SBN 294474)
GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP
600 West Broadway, Suite 2150
San Diego, CA 92101
Tel: (619) 765-4380 EPetrossian@glaserweil.com
AMiller@glaserweil.com

Robert Haney, Jr. (*Pro Hac Vice* Forthcoming)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 812-0399
rhaney@foleyhoag.com

Leah Rizkallah (*Pro Hac Vice* Forthcoming)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1000
lrizkallah@foleyhoag.com

*Attorneys for Defendants*
**NEOLOGY, INC. and**
**FRANCISCO MARTINEZ DE VELASCO**

Michael E. McCarthy (SBN 301010)
Layal L. Bishara (SBN 329154)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7807
Fax: (310) 586-7800
mccarthyme@gtlaw.com
bisharal@gtlaw.com

**ATTACHMENT TO CIVIL COVER SHEET**

*Joseph N. Mullis v. JPMorgan Chase & Co., et al.*

2423231.1

*Attorneys for Defendants*
**JPMORGAN CHASE & CO.
and RICK SMITH**

Laura A. Stoll (SBN 255023)
GOODWIN PROCTER LLP
601 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 426-2625
Fax: (213) 289-7725
LStoll@goodwinlaw.com

Ariel E. Rogers (SBN 316910)
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Tel: (650) 752-3321
Fax: (650) 649-2387
ARogers@goodwinlaw.com

*Attorneys for Defendant*
**AVERY DENNISON CORPORATION**

## VI. – Brief Description of Causes of Action

Plaintiff asserts claims for:

1. Violation of the California Unfair Competition Law;

2. Unjust Enrichment;

3. Violation of the California Penal Code § 496;

4. Conversion;

5. Aiding and Abetting Conversion;

6. Negligence;

7. Fraud;

**ATTACHMENT TO CIVIL COVER SHEET**
*Joseph N. Mullis v. JPMorgan Chase & Co., et al.*

2423231.1

8. Aiding and Abetting Fraud;

9. Breach of Fiduciary Duty;

10. Aiding and Abetting Breach of Fiduciary Duty;

11. Fraudulent Misrepresentation;

12. Aiding and Abetting Fraudulent Misrepresentation;

13. Fraudulent Inducement;

14. Aiding and Abetting Fraudulent Inducement

15. Fraudulent Concealment;

16. Aiding and Abetting Fraudulent Concealment;

17. Negligent Misrepresentation;

18. Constructive Fraud

**ATTACHMENT TO CIVIL COVER SHEET**

*Joseph N. Mullis v. JPMorgan Chase & Co., et al.*

2423231.1