# EXHIBIT B

**SUPERIOR COURT OF CALIFORNIA**
# County of SAN DIEGO

**Register of Actions Notice**

| | | | |
|---|---|---|---|
| Case Number: | 37-2023-00045078-CU-FR-NC | Filing Date: | 10/13/2023 |
| Case Title: | MULLIS vs J.P. Morgan Chase & Co [IMAGED] | Case Age: | 33 days |
| Case Status: | Pending | Location: | North County |
| Case Category: | Civil - Unlimited | Judicial Officer: | Robert P Dahlquist |
| Case Type: | Fraud | Department: | N-29 |

### Future Events

| Date | Time | Department | Event |
|---|---|---|---|
| 12/22/2023 | 01:30 PM | N-29 | Motion Hearing (Civil) - Motion to Appear Pro Hac Vice |
| 03/22/2024 | 09:00 AM | N-29 | Civil Case Management Conference - Complaint |

### Participants

| Name | Role | Representation |
|---|---|---|
| J.P. MORGAN CHASE & CO. | Defendant | |
| Mullis, Joseph N. | Plaintiff | LORD, JOHN E |

### Representation

| Name | Address | Phone Number |
|---|---|---|
| LORD, JOHN E | 633 W Fifth Street 5800 Los Angeles CA 90071 | (213) 788-4500 |

| ROA# | Entry Date | Short/Long Entry | Filed By |
|---|---|---|---|
| 1 | 10/13/2023 | Complaint filed by Mullis, Joseph N.. Refers to: J.P. MORGAN CHASE & CO. | Mullis, Joseph N. (Plaintiff) |
| 2 | 10/13/2023 | Civil Case Cover Sheet filed by Mullis, Joseph N.. Refers to: J.P. MORGAN CHASE & CO. | Mullis, Joseph N. (Plaintiff) |
| 3 | 10/13/2023 | Original Summons filed by Mullis, Joseph N.. Refers to: J.P. MORGAN CHASE & CO. | Mullis, Joseph N. (Plaintiff) |
| 4 | 10/18/2023 | Summons issued. | |
| 5 | 10/13/2023 | Case assigned to Judicial Officer Dahlquist, Robert. | |
| 6 | 10/18/2023 | Civil Case Management Conference scheduled for 03/22/2024 at 09:00:00 AM at North County in N-29 Robert P Dahlquist. | |
| 7 | 10/18/2023 | Case initiation form printed. | |
| 8 | 10/23/2023 | Proof of Service of 30-day Summons & Complaint - Personal filed by Mullis, Joseph N.. Refers to: J.P. MORGAN CHASE & CO. | Mullis, Joseph N. (Plaintiff) |
| 9 | 11/08/2023 | Motion to Appear Pro Hac Vice (12/22/2023) filed by Mullis, Joseph N.. | Mullis, Joseph N. (Plaintiff) |
| 10 | 11/08/2023 | Notice - Other (12/22/2023) filed by Mullis, Joseph N.. | Mullis, Joseph N. (Plaintiff) |
| 11 | 11/08/2023 | Proposed Order (12/22/2023) submitted by Mullis, Joseph N. received but not filed on 11/08/2023. | Mullis, Joseph N. (Plaintiff) |
| 12 | 11/09/2023 | Motion Hearing (Civil) scheduled for 12/22/2023 at 01:30:00 PM at North County in N-29 Robert P Dahlquist. | |

**CM-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>John E. Lord (216111); Paul B. Derby (211352); Mane Sardaryan (287201)<br>Skiermont Derby LLP<br>633 West Fifth Street, Suite 5800, Los Angeles, California 90071 | *FOR COURT USE ONLY* |

TELEPHONE NO.: (213) 788-4500   FAX NO. *(Optional)*: (213) 788-4545
ATTORNEY FOR *(Name)*: Plaintiff Joseph N. Mullis

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 325 South Melrose Drive
MAILING ADDRESS: Same
CITY AND ZIP CODE: Vista, California 92081
BRANCH NAME: North County Regional Center

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
**10/13/2023** at 02:54:15 PM
Clerk of the Superior Court
By Irma Ledesma, Deputy Clerk

CASE NAME:
Mullis v. J.P. MORGAN CHASE & CO.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | 37-2023-00045078-CU-FR-NC |
|---|---|---|---|---|
| [x] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE: Judge Robert P Dahlquist<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[x] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [x] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [x] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [x] punitive
4. Number of causes of action *(specify)*: Four (4)
5. This case [ ] is  [x] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: October 13, 2023

John E. Lord
*(TYPE OR PRINT NAME)*

▶ /s/ John E. Lord
*(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courts.ca.gov*

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the*
  *case involves an uninsured*
  *motorist claim subject to*
  *arbitration, check this item*
  *instead of Auto)*
**Other PI/PD/WD (Personal Injury/**
**Property Damage/Wrongful Death)**
**Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or*
  *toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil*
  *harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer*
    *or wrongful eviction)*
  Contract/Warranty Breach–Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally*
  *complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent*
    *domain, landlord/tenant, or*
    *foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal*
  *drugs, check this item; otherwise,*
  *report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.**
**Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex*
  *case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment *(non-*
    *domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified*
  *above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-*
    *harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified*
  *above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late
    Claim
  Other Civil Petition

**For your protection and privacy, please press the Clear**
**This Form button after you have printed the form.**
[Print this form]  [Save this form]  [Clear this form]



## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

## ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION

CASE NUMBER: 37-2023-00045078-CU-FR-NC       CASE TITLE: MULLIS vs J.P. Morgan Chase & Co [IMAGED]

**NOTICE:** All plaintiffs/cross-complainants in a general civil case are required to serve a copy of the following three forms on each defendant/cross-defendant, together with the complaint/cross-complaint:
  **(1) this Alternative Dispute Resolution (ADR) Information form (SDSC form #CIV-730),**
  **(2) the Stipulation to Use Alternative Dispute Resolution (ADR) form (SDSC form #CIV-359),** ***and***
  **(3) the Notice of Case Assignment form (SDSC form #CIV-721).**

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts, community organizations, and private providers offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. The San Diego Superior Court expects that litigants will utilize some form of ADR as a mechanism for case settlement before trial, and it may be beneficial to do this early in the case.

Below is some information about the potential advantages and disadvantages of ADR, the most common types of ADR, and how to find a local ADR program or neutral. A form for agreeing to use ADR is attached (SDSC form #CIV-359).

### Potential Advantages and Disadvantages of ADR
ADR may have a variety of advantages or disadvantages over a trial, depending on the type of ADR process used and the particular case:

| **Potential Advantages** | **Potential Disadvantages** |
|---|---|
| • Saves time | • May take more time and money if ADR does not resolve the dispute |
| • Saves money | |
| • Gives parties more control over the dispute resolution process and outcome | • Procedures to learn about the other side's case (discovery), jury trial, appeal, and other court protections may be limited or unavailable |
| • Preserves or improves relationships | |

### Most Common Types of ADR
You can read more information about these ADR processes and watch videos that demonstrate them on the court's ADR webpage at http://www.sdcourt.ca.gov/adr.

**Mediation:** A neutral person called a "mediator" helps the parties communicate in an effective and constructive manner so they can try to settle their dispute. The mediator does not decide the outcome, but helps the parties to do so. Mediation is usually confidential, and may be particularly useful when parties want or need to have an ongoing relationship, such as in disputes between family members, neighbors, co-workers, or business partners, or when parties want to discuss non-legal concerns or creative resolutions that could not be ordered at a trial.

**Settlement Conference:** A judge or another neutral person called a "settlement officer" helps the parties to understand the strengths and weaknesses of their case and to discuss settlement. The judge or settlement officer does not make a decision in the case but helps the parties to negotiate a settlement. Settlement conferences may be particularly helpful when the parties have very different ideas about the likely outcome of a trial and would like an experienced neutral to help guide them toward a resolution.

**Arbitration:** A neutral person called an "arbitrator" considers arguments and evidence presented by each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are usually relaxed. If the parties agree to binding arbitration, they waive their right to a trial and agree to accept the arbitrator's decision as final. With nonbinding arbitration, any party may reject the arbitrator's decision and request a trial. Arbitration may be appropriate when the parties want another person to decide the outcome of their dispute but would like to avoid the formality, time, and expense of a trial.

**Other ADR Processes:**  There are several other types of ADR which are not offered through the court but which may be obtained privately, including neutral evaluation, conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR processes. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute.  Be sure to learn about the rules of any ADR program and the qualifications of any neutral you are considering, and about their fees.

## Local ADR Programs for Civil Cases

**Mediation:**  The San Diego Superior Court maintains a Civil Mediation Panel of approved mediators who have met certain minimum qualifications and have agreed to charge $150 per hour for each of the first two (2) hours of mediation and their regular hourly rate thereafter in court-referred mediations.

On-line mediator search and selection:  Go to the court's ADR webpage at www.sdcourt.ca.gov/adr and click on the "Mediator Search" to review individual mediator profiles containing detailed information about each mediator including their dispute resolution training, relevant experience, ADR specialty, education and employment history, mediation style, and fees and to submit an on-line Mediator Selection Form (SDSC form #CIV-005).  The Civil Mediation Panel List, the Available Mediator List, individual Mediator Profiles, and Mediator Selection Form (CIV-005) can also be printed from the court's ADR webpage and are available at the Mediation Program Office or Civil Business Office at each court location.

**Settlement Conference:**  The judge may order your case to a mandatory settlement conference, or voluntary settlement conferences may be requested from the court if the parties certify that: (1) settlement negotiations between the parties have been pursued, demands and offers have been tendered in good faith, and resolution has failed; (2) a judicially supervised settlement conference presents a substantial opportunity for settlement; and (3) the case has developed to a point where all parties are legally and factually prepared to present the issues for settlement consideration and further discovery for settlement purposes is not required. Refer to SDSC Local Rule 2.2.1 for more information. To schedule a settlement conference, contact the department to which your case is assigned.

**Arbitration:**  The San Diego Superior Court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience.  Refer to SDSC Local Rules Division II, Chapter III and Code Civ. Proc. § 1141.10 et seq or contact the Arbitration Program Office at (619) 450-7300 for more information.

More information about court-connected ADR: Visit the court's ADR webpage at www.sdcourt.ca.gov/adr or contact the court's Mediation/Arbitration Office at (619) 450-7300.

**Dispute Resolution Programs Act (DRPA) funded ADR Programs:**  The following community dispute resolution programs are funded under DRPA (Bus. and Prof. Code §§ 465 et seq.):
- In Central, East, and South San Diego County, contact the National Conflict Resolution Center (NCRC) at www.ncrconline.com or (619) 238-2400.
- In North San Diego County, contact North County Lifeline, Inc. at www.nclifeline.org or (760) 726-4900.

**Private ADR:**  To find a private ADR program or neutral, search the Internet, your local telephone or business directory, or legal newspaper for dispute resolution, mediation, settlement, or arbitration services.

## Legal Representation and Advice

To participate effectively in ADR, it is generally important to understand your legal rights and responsibilities and the likely outcomes if you went to trial. ADR neutrals are not allowed to represent or to give legal advice to the participants in the ADR process. If you do not already have an attorney, the California State Bar or your local County Bar Association can assist you in finding an attorney. Information about obtaining free and low cost legal assistance is also available on the California courts website at *www.courtinfo.ca.gov/selfhelp/lowcost*.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | | |
|---|---|---|
| STREET ADDRESS: | 325 S Melrose DRIVE | |
| MAILING ADDRESS: | 325 S Melrose DRIVE | |
| CITY AND ZIP CODE: | Vista, CA 92081-6695 | |
| DIVISION: | North County | |
| TELEPHONE NUMBER: | (760) 201-8029 | |

| PLAINTIFF(S) / PETITIONER(S): | Joseph N. Mullis |
|---|---|

| DEFENDANT(S) / RESPONDENT(S): | J.P. MORGAN CHASE & CO. |
|---|---|

MULLIS VS J.P. MORGAN CHASE & CO [IMAGED]

| NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE (CIVIL) | CASE NUMBER: 37-2023-00045078-CU-FR-NC |
|---|---|

## CASE ASSIGNED FOR ALL PURPOSES TO:

Judge: Robert P Dahlquist                        Department: N-29

## COMPLAINT/PETITION FILED: 10/13/2023

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
|---|---|---|---|---|
| Civil Case Management Conference | 03/22/2024 | 09:00 am | N-29 | Robert P Dahlquist |

**Case Management Conferences (CMCs) may be conducted virtually or in person.** Anyone wishing to appear remotely should visit the "Appearing for Hearings" page for the most current instructions on how to appear for the applicable case-type/department on the court's website at www.sdcourt.ca.gov.

A Case Management Statement (JC Form #CM-110) must be completed by counsel for all parties and by all self-represented litigants and timely filed with the court at least 15 days prior to the initial CMC. (San Diego Superior Court (SDSC) Local Rules, rule 2.1.9; Cal. Rules of Court, rule 3.725).

All counsel of record and self-represented litigants must appear at the CMC, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of Alternative Dispute Resolution (ADR) options.

It is the duty of each plaintiff (and cross-complainant) to serve a copy of this Notice of Case Assignment and Case Management Conference (SDSC Form #CIV-721) with the complaint (and cross-complaint), the Alternative Dispute Resolution (ADR) Information Form (SDSC Form # CIV-730), a Stipulation to Use Alternative Dispute Resolution (ADR) (SDSC Form # CIV-359), and other documents on all parties to the action as set out in SDSC Local Rules, rule 2.1.5.

**TIME FOR SERVICE AND RESPONSE:** The following rules apply to civil cases except for collections cases under California Rules of Court, rule 3.740(a), unlawful detainer actions, proceedings under the Family Code, and other proceedings for which different service requirements are prescribed by law (Cal. Rules of Court, rule 3.110; SDSC Local Rules, rule 2.1.5):
- **Service:** The complaint must be served on all named defendants, and proof of service filed with the court within 60 days after filing the complaint. An amended complaint adding a defendant must be served on the added defendant and proof of service filed within 30 days after filing of the amended complaint. A cross-complaint against a party who has appeared in the action must be accompanied by proof of service on that party at the time it is filed. If it adds a new party, the cross-complaint must be served on all parties and proof of service on the new party must be filed within 30 days of the filing of the cross-complaint.
- **Defendant's appearance:** Unless a special appearance is made, each defendant served must generally appear (as defined in Code of Civ. Proc. § 1014) within 30 days of service of the complaint/cross-complaint.
- **Extensions:** The parties may stipulate without leave of court to one 15-day extension beyond the 30-day time period prescribed for the response after service of the initial complaint (SDSC Local Rules, rule 2.1.6). If a party fails to serve and file pleadings as required under this rule, and has not obtained an order extending time to serve its pleadings, the court may issue an order to show cause why sanctions shall not be imposed.

**JURY FEES:** In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

**COURT REPORTERS:** Official Court Reporters are not normally available in civil matters, but may be requested in certain situations no later than 10 days before the hearing date. See SDSC Local Rules, rule 1.2.3 and Policy Regarding Normal Availability and Unavailability of Official Court Reporters (SDSC Form #ADM-317) for further information.

**ALTERNATIVE DISPUTE RESOLUTION (ADR):** The court discourages any unnecessary delay in civil actions; therefore, continuances are discouraged and timely resolution of all actions, including submitting to any form of ADR is encouraged. The court encourages and expects the parties to consider using ADR options prior to the CMC. The use of ADR will be discussed at the CMC. Prior to the CMC, parties stipulating to the ADR process may file the Stipulation to Use Alternative Dispute Resolution (SDSC Form #CIV-359).

## NOTICE OF E-FILING REQUIREMENTS
## AND IMAGED DOCUMENTS

Effective April 15, 2021, e-filing is required for attorneys in represented cases in all limited and unlimited civil cases, pursuant to the San Diego Superior Court General Order: In Re Procedures Regarding Electronically Imaged Court Records, Electronic Filing and Access to Electronic Court Records in Civil and Probate Cases. Additionally, you are encouraged to review CIV-409 for a listing of documents that are not eligible for e-filing. E-filing is also encouraged, but not mandated, for self-represented litigants, unless otherwise ordered by the court. All e-filers are required to comply with the e-filing requirements set forth in Electronic Filing Requirements (Civil) (SDSC Form #CIV-409) and Cal. Rules of Court, rules 2.250-2.261.

All Civil cases are assigned to departments that are part of the court's "Imaging Program." This means that original documents filed with the court will be imaged, held for 30 days, and then destroyed, with the exception of those original documents the court is statutorily required to maintain. The electronic copy of the filed document(s) will be the official court record, pursuant to Government Code § 68150. Thus, original documents should not be attached to pleadings filed with the San Diego Superior Court, unless it is a document for which the law requires an original be filed. Any original documents necessary for a motion hearing or trial shall be lodged in advance of the hearing pursuant to California Rules of Court, rule 3.1302(b).

It is the duty of each plaintiff, cross-complainant, or petitioner to serve a copy of this Notice of Case Assignment and Case Management Conference (Civil) (SDSC Form #CIV-721) with the complaint, cross-complaint, or petition on all parties to the action.

On all pleadings filed after the initial case originating filing, all parties must, to the extent it is feasible to do so, place the words "IMAGED FILE" in all caps immediately under the title of the pleading on all subsequent pleadings filed in the action.

The official court file will be electronic and accessible at one of the kiosks located in the Civil Business Office and may be found on the court's website at www.sdcourt.ca.gov.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS:   325 S Melrose Drive<br>MAILING ADDRESS:  325 S Melrose Drive<br>CITY AND ZIP CODE:  Vista CA 92081-6695<br>BRANCH NAME:   North County | |

| Short Title: MULLIS vs J.P. Morgan Chase & Co [IMAGED] | |
|---|---|

| **NOTICE OF CONFIRMATION OF ELECTRONIC FILING** | CASE NUMBER:<br>37-2023-00045078-CU-FR-NC |
|---|---|

San Diego Superior Court has reviewed the electronic filing described below. The fee assessed for processing and the filing status of each submitted document are also shown below.

### Electronic Filing Summary Data

| | |
|---|---|
| Electronically Submitted By: | JOHN LORD |
| On Behalf of: | Joseph Mullis |
| Transaction Number: | 21837195 |
| Court Received Date: | 10/13/2023 |
| Filed Date: | 10/13/2023 |
| Filed Time: | 02:54 PM |
| Fee Amount Assessed: | $435.00 |
| Case Number: | 37-2023-00045078-CU-FR-NC |
| Case Title: | MULLIS vs J.P. Morgan Chase & Co [IMAGED] |
| Location: | North County |
| Case Type: | Fraud |
| Case Category: | Civil - Unlimited |
| Jurisdictional Amount: | > 25000 |

| Status | Documents Electronically Filed/Received |
|---|---|
| Accepted | Complaint |
| Accepted | Civil Case Cover Sheet |
| Accepted | Original Summons |

### Comments

**Clerk's Comments:**
**Events Scheduled**

| Hearing(s) | | Date | Time | Location | Department |
|---|---|---|---|---|---|
| Civil Case Conference | Management | 03/22/2024 | 09:00 AM | North County | N-29 |

### Electronic Filing Service Provider Information

| | |
|---|---|
| Service Provider: | LegalConnect |
| Email: | support@legalconnect.com |

---

10/18/2023           **NOTICE OF CONFIRMATION OF FILING**

Contact Person:    LEGALCONNECT Support
Phone:    (800) 909-6859

| | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN DIEGO** | |

STREET ADDRESS:     325 S. Melrose

MAILING ADDRESS:   325 S. Melrose

CITY, STATE, & ZIP CODE: Vista, CA  92081-6695

BRANCH NAME:     North County

PLAINTIFF(S):   Joseph N. Mullis

DEFENDANT(S): J.P. MORGAN CHASE & CO.

SHORT TITLE:    MULLIS VS J.P. MORGAN CHASE & CO [IMAGED]

| **STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR)** | CASE NUMBER:<br>37-2023-00045078-CU-FR-NC |
|---|---|

Judge: Robert P Dahlquist                 Department: N-29

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution (ADR) process.  Selection of any of these options will not delay any case management timelines.

☐ Mediation (court-connected)          ☐ Non-binding private arbitration

☐ Mediation (private)               ☐ Binding private arbitration

☐ Voluntary settlement conference (private)   ☐ Non-binding judicial arbitration (discovery until 15 days before trial)

☐ Neutral evaluation (private)        ☐ Non-binding judicial arbitration (discovery until 30 days before trial)

☐ Other (*specify e.g., private mini-trial, private judge, etc.*): _____

_____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: *(Name)* _____

_____

Alternate neutral (for court Civil Mediation Program and arbitration only): _____

Date: _____          Date: _____

_____          _____

Name of Plaintiff                Name of Defendant

_____          _____

Signature                    Signature

_____          _____

Name of Plaintiff's Attorney        Name of Defendant's Attorney

_____          _____

Signature                    Signature

If there are more parties and/or attorneys, please attach additional completed and fully executed sheets.

It is the duty of the parties to notify the court of any settlement pursuant to Cal. Rules of Court, rule 3.1385.  Upon notification of the settlement, the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court.

**IT IS SO ORDERED.**

Dated:  10/18/2023              _____

                             JUDGE OF THE SUPERIOR COURT

SDSC CIV-359 (Rev 12-10)     **STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION**     Page: 1

PAUL B. DERBY [SBN 211352]
pderby@skiermontderby.com
JOHN E. LORD [SBN 216111]
jlord@skiermontderby.com
MANE SARDARYAN [SBN 287201]
msardaryan@skiermontderby.com
SKIERMONT DERBY LLP
633 West Fifth Street, Suite 5800
Los Angeles, California 90071
Telephone:     (213) 788-4500
Facsimile:     (213) 788-4545

Attorneys for Plaintiff
JOSEPH N. MULLIS

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
11/08/2023 at 03:43:00 PM
Clerk of the Superior Court
By Elizabeth Sanchez,Deputy Clerk

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO – NORTH COUNTY

| | |
|---|---|
| JOSEPH N. MULLIS, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. 37-2023-00045078-CU-FR-NC<br>[Honorable Robert P. Dahlquist, Dep't N-29]<br><br>**APPLICATION OF KEVIN P. POTERE TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF JOSEPH N. MULLIS; DECLARATION OF KEVIN P. POTERE IN SUPPORT THEREOF**<br><br>[*Filed concurrently with Notice of Application and (Proposed) Order*]<br><br>Date:    December 22, 2023<br>Time:    1:30 p.m.<br>Dept.:   N-29<br><br>**Reservation ID No.:   3049849**<br><br>Complaint Filed:    October 13, 2023 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

I, Kevin Potere, hereby apply for permission to appear as counsel *pro hac vice* for Plaintiff Joseph N. Mullis in the above-entitled matter.  Attached hereto is my declaration in support of this Application.

DATED:  November 8, 2023

_____
KEVIN P. POTERE

APPLICATION OF KEVIN P. POTERE TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF JOSEPH N. MULLIS; DECLARATION OF KEVIN P. POTERE IN SUPPORT THEREOF

## DECLARATION OF KEVIN POTERE

I, KEVIN POTERE, declare and state:

1.     I am an attorney at law, duly licensed to practice law in the State of Texas, and a partner with the law firm Skiermont Derby LLP. I submit this declaration in support of the Application of Kevin P. Potere to Appear as Counsel Pro Hac Vice. I have personal knowledge of the facts set forth in this declaration, and could competently testify to them if called upon to do so.

2.     My home address is 5615 Greenbrier Drive, Dallas, Texas 75209. My office address is 1601 Elm Street, Suite 4400, Dallas, Texas 75201, Telephone: (214) 978-6624, Facsimile: (214) 978-6601, Email: kpotere@skiermontderby.com.

3.     I am a member in good standing of the bar in the State of Texas, and was admitted to practice in that state in July 2016. Further, I am admitted to practice in the following courts: Texas (July 2016), New York (June 2009), Southern District of New York (October 2009), Eastern District of New York (July 2010), and Second Circuit Court of Appeals (April 2015). I am a member of good standing in each of those courts.

4.     I have not been the subject of any disciplinary action by any court or bar association, and I am not currently suspended or disbarred in any court.

5.     In the past two years, I have not filed an application to appear as counsel *pro hac vice* in this state for any matter.

6.     I am not a resident of the State of California, not regularly employed in the State of California, and not regularly engaged in substantial business, professional, or other activities in the State of California.

7.     Paul B. Derby, John E. Lord, and Mane Sardaryan of Skiermont Derby LLP, 633 West Fifth Street, Suite 5800, Los Angeles, California 90071, Telephone: (213) 788-4500, Facsimile: (213) 788-4545, Emails: pderby@skiermontderby.com, jlord@skiermontderby.com, and msardaryan@skiermontderby.com, are California counsel in this matter for Plaintiff Joseph N. Mullis.

8.     I understand that if this Application is granted, I will be subject to the jurisdiction of the Courts of this State with respect to the law of this State governing the conduct of attorneys to the same extent as a member of the State Bar of California. I shall familiarize myself and comply with the standards of professional conduct required of members of the State Bar of California, and understand that I will be subject to the disciplinary jurisdiction of the State Bar with respect to any of my acts occurring in the course of such appearance. I understand that Article 5, chapter 4, division III of the Business and Professions Code and the Rules of Procedure of the State Bar govern in any

1

SKIERMONT DERBY LLP — Los Angeles — Dallas

investigation or proceeding conducted by the State Bar under Rule 9.40 of the California Rules of Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 8, 2023, at Dallas, Texas.


By: _____
KEVIN P. POTERE

APPLICATION OF KEVIN P. POTERE TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF JOSEPH N. MULLIS; DECLARATION OF KEVIN P. POTERE IN SUPPORT THEREOF

**Case Name:** *Joseph N. Mullis v. J.P. Morgan Chase & Co.*
**Case No.:** 37-2023-00045078-CU-FR-NC

### PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO – NORTH COUNTY**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 633 West Fifth Street, Suite 5800, Los Angeles, California 90071.

On November 8, 2023, I served the foregoing document titled **APPLICATION OF KEVIN P. POTERE TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF JOSEPH N. MULLIS; DECLARATION OF KEVIN P. POTERE IN SUPPORT THEREOF** on all interested parties to this action as follows:

### PLEASE SEE ATTACHED SERVICE LIST

☐ **(ELECTRONIC SERVICE BY E-MAIL)** I caused electronic service of the above-titled document to be made in accordance with San Diego Superior Court Local Rules, California Rules of Court – Rule 2.251(b), California Code of Civil Procedure sections 1010.6, 1013(g), and 1013b, and the agreement of the parties, by successfully transmitting the same via e-mail from zthomas@skiermontderby.com to the e-mail address listed on the attached Service List.

☒ **(BY MAIL)** I caused mail service of the above-titled document by placing a true copy of the same document in a sealed envelope addressed as listed on the attached Service List, and placing it for collection and mailing following ordinary business practices. I am readily familiar with Skiermont Derby LLP's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

☐ **(BY PERSONAL SERVICE)** I caused the above-titled document to be electronically transmitted to Nationwide Legal for personal delivery to the address listed on the attached Service List.

☐ **(BY OVERNIGHT CARRIER)** I caused the above-titled document to be delivered via FedEx for next-day delivery to the address listed on the attached Service List.

☐ **(COURTESY COPY BY E-MAIL)** I caused the above-titled document to be delivered via e-mail from zthomas@skiermontderby.com to the e-mail address listed on the attached Service List.

☒ I declare under penalty of perjury under the laws of State of California that the above is true and correct.

Executed on November 8, 2023, at Los Angeles, California.

_____
Zi'Aujanae T. Ponton

1
PROOF OF SERVICE

| | |
|---|---|
| **Case Name:** | ***Joseph N. Mullis v. J.P. Morgan Chase & Co.*** |
| **Case No.:** | **37-2023-00045078-CU-FR-NC** |

## SERVICE LIST

Registered Agent – CT Corporation System
330 North Brand Boulevard, Suite 700
Glendale, California 91203

*Attorneys for Defendant J.P. Morgan Chase & Co.*

PROOF OF SERVICE



PAUL B. DERBY [SBN 211352]
pderby@skiermontderby.com
JOHN E. LORD [SBN 216111]
jlord@skiermontderby.com
MANE SARDARYAN [SBN 287201]
msardaryan@skiermontderby.com
SKIERMONT DERBY LLP
633 West Fifth Street, Suite 5800
Los Angeles, California 90071
Telephone:    (213) 788-4500
Facsimile:    (213) 788-4545

Attorneys for Plaintiff
JOSEPH N. MULLIS

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**11/08/2023** at 03:43:00 PM

Clerk of the Superior Court
By Elizabeth Sanchez,Deputy Clerk

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF SAN DIEGO – NORTH COUNTY**

JOSEPH N. MULLIS, an individual,

    Plaintiff,

v.

J.P. MORGAN CHASE & CO., a Delaware
corporation; and DOES 1 through 20, inclusive,

    Defendants.

Case No. 37-2023-00045078-CU-FR-NC
[Honorable Robert P. Dahlquist, Dep't N-29]

**NOTICE OF APPLICATION OF KEVIN P. POTERE TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF JOSEPH N. MULLIS; MEMORANDUM OF POINTS AND AUTHORITIES; SUPPORTING DECLARATION OF MANE SARDARYAN**

[*Filed concurrently with Application and Declaration of Kevin P. Potere and (Proposed) Order*]

Date:        December 22, 2023
Time:        1:30 p.m.
Dept.:        N-29

**Reservation ID No.:    3049849**

Complaint Filed:        October 13, 2023

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 22, 2023, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Robert P. Dahlquist in Department N-29 of the San Diego County Superior Court, located at 325 South Melrose Drive, Vista, California 92081, Kevin P. Potere, through the below-identified California counsel, will and does hereby apply to the Court pursuant to California Rules of Court, Rule 9.40, for an Order permitting him to appear as counsel *pro hac vice* for Plaintiff Joseph N. Mullis in the above-entitled matter.  Pursuant to California Rules of Court, Rule 9.40(c)(l), a copy of this Notice and supporting papers, accompanied by payment in the amount of $50.00, has been submitted to the State Bar of California via the online AIMS system.

This Application will be based upon this Notice, the attached Memorandum of Points and Authorities and Declaration of Mane Sardaryan, the concurrently filed Application of Kevin P. Potere to Appear as Counsel *Pro Hac Vice* and Declaration of Kevin P. Potere, and on such other oral and documentary evidence as may be presented at the hearing on this matter.

DATED:  November 8, 2023                SKIERMONT DERBY LLP


By:  _M. Sardaryan_____
PAUL B. DERBY
JOHN E. LORD
MANE SARDARYAN

Attorneys for Plaintiff
JOSEPH N. MULLIS

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Kevin P. Potere submits this Memorandum of Points and Authorities in support of his application for an Order permitting him to appear as counsel *pro hac vice* for Plaintiff Joseph N. Mullis ("Plaintiff") in the above-entitled matter and requests that this Court grant his application pursuant to California Rules of Court, Rule 9.40.

### **GOOD CAUSE EXISTS FOR PERMITTING KEVIN P. POTERE**
### **TO APPEAR AS COUNSEL PRO HAC VICE IN THIS ACTION**

The applicant, Kevin P. Potere, is a partner with the law firm Skiermont Derby LLP in its Dallas office, is a member in good standing of the State Bar of New York (June 2009) and Texas (July 2016), and is eligible to practice before the following courts: Southern District of New York (October 2009), Eastern District of New York (July 2010), and Second Circuit Court of Appeals (April 2015).

Plaintiff has retained Mr. Potere to act as counsel on his behalf in this matter. Accordingly, Mr. Potere seeks permission, pursuant to California Rules of Court, Rule 9.40, to appear as counsel *pro hac vice*. Paul B. Derby, John E. Lord, and Mane Sardaryan, active members of the State Bar of California, and Skiermont Derby LLP, in particular its Los Angeles office, will serve as California counsel in this matter for Plaintiff.

California Rules of Court, Rule 9.40(a) provides that:

> A person who is not a member of The State Bar of California but who is a member in good standing of and eligible to practice before the bar of any United States court or of the highest court in any state, territory or insular possession of the United States, and who has been retained to appear in a particular cause pending in a court of this state, may in the discretion of such court be permitted upon written application to appear as counsel *pro hac vice*, provided that an active member of the State Bar of California is associated as attorney of record.

Under the Rule, the application must state (1) the applicant's residence and office address; (2) the courts to which the applicant has been admitted to practice and the dates of admission; (3) that the applicant is a member in good standing in those courts; (4) that the applicant is not currently suspended or disbarred in any court; (5) the title of court and cause in which the applicant has filed an application to appear as counsel *pro hac vice* in this state in the preceding two years, the date of each application, and whether or not it was granted; and (6) the name, address, and telephone number of the active member of the State Bar of California who is attorney of record. California Rules of Court, Rule 9.40(d).

NOTICE OF APPLICATION OF KEVIN P. POTERE TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF JOSEPH N. MULLIS; SUPPORTING DECLARATION OF MANE SARDARYAN

There is good cause to grant Mr. Potere's application here. Mr. Potere has prepared, and is filing concurrently, an application and declaration attesting to each of the factors considered under California Rules of Court, Rule 9.40, copies of which are incorporated herein by reference. Furthermore, true and correct copies of this Notice of Application, Memorandum of Points and Authorities, the concurrently filed Application of Kevin P. Potere to Appear as Counsel Pro Hac Vice and Declaration of Kevin Potere, and payment in the amount of $50.00 representing the processing fee contemplated by California Rules of Court, Rule 9.40(e), were submitted to the State Bar of California via the online AIMS system, as reflected in the Declaration of Mane Sardaryan.

As established above and in the accompanying application and declaration, Mr. Potere meets the requirements for *pro hac vice* admission.

## CONCLUSION

Based on the foregoing, Kevin P. Potere respectfully requests that the Court grant permission for him to appear as counsel *pro hac vice* for Plaintiff in the above-entitled matter.

DATED:  November 8, 2023                SKIERMONT DERBY LLP


By:  _M. Sardaryan_____
PAUL B. DERBY
JOHN E. LORD
MANE SARDARYAN

Attorneys for Plaintiff
JOSEPH N. MULLIS

## __DECLARATION OF MANE SARDARYAN__

I, MANE SARDARYAN, declare and state:

1.      I am an attorney at law, member in good standing of the California State Bar, and licensed to practice before the Supreme Court of California and this Court.  I am a partner with the law firm Skiermont Derby LLP in its Los Angeles office, California counsel for Plaintiff Joseph N. Mullis in this lawsuit.  I submit this declaration in support of the Application of Kevin P. Potere to Appeal as Counsel Pro Hac Vice for Plaintiff.  I have personal knowledge of the facts set forth in this declaration.

2.      On November 8, 2023, I personally submitted to the State Bar of California via the online AIMS system a copy of the Notice of Application and Memorandum of Points and Authorities, the Application of Kevin P. Potere to Appear as Counsel Pro Hac Vice and Declaration of Kevin P. Potere, and payment in the amount of $50.00 representing the processing fee contemplated by California Rules of Court, Rule 9.40(e).  A true and correct copy of the confirmation page is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on November 8, 2023, at Los Angeles, California.


By: _____

MANE SARDARYAN

# <u>Exhibit 1</u>

Pro Hac Vice Application

---

Payment transaction was successful.

Thank you for submitting your payment. It is currently being processed. Please allow 7 days for the bank to verify and process the payment. If there are any issues with your payment, you will be notified directly. A detailed breakdown of your transaction is below:

🖨 Print Receipt

**Payment Amount**
$ 51.25

**Payment Date**
11/08/2023

**Reference**
Payment from Sardaryan Administrative Account

---

Next

Pro Hac Vice Application

---

## Application Submitted!

Your Pro Hac Vice application has been submitted, successfully. A member of staff will review your application and get back to you, shortly.

You may close this window at this time. However, if you would like to submit another Pro Hac Vice application, click "Finish" to be directed to the Pro Hac Vice Instructions screen.

---

Finish

**Case Name:** *Joseph N. Mullis v. J.P. Morgan Chase & Co.*
**Case No.:** 37-2023-00045078-CU-FR-NC

## <u>PROOF OF SERVICE</u>

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO – NORTH COUNTY**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 633 West Fifth Street, Suite 5800, Los Angeles, California 90071.

On November 8, 2023, I served the foregoing document titled **NOTICE OF APPLICATION OF KEVIN P. POTERE TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF JOSEPH N. MULLIS; MEMORANDUM OF POINTS AND AUTHORITIES; SUPPORTING DECLARATION OF MANE SARDARYAN** on all interested parties to this action as follows:

### PLEASE SEE ATTACHED SERVICE LIST

☐ **(ELECTRONIC SERVICE BY E-MAIL)** I caused electronic service of the above-titled document to be made in accordance with San Diego Superior Court Local Rules, California Rules of Court – Rule 2.251(b), California Code of Civil Procedure sections 1010.6, 1013(g), and 1013b, and the agreement of the parties, by successfully transmitting the same via e-mail from zthomas@skiermontderby.com to the e-mail address listed on the attached Service List.

☒ **(BY MAIL)** I caused mail service of the above-titled document by placing a true copy of the same document in a sealed envelope addressed as listed on the attached Service List, and placing it for collection and mailing following ordinary business practices. I am readily familiar with Skiermont Derby LLP's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

☐ **(BY PERSONAL SERVICE)** I caused the above-titled document to be electronically transmitted to Nationwide Legal for personal delivery to the address listed on the attached Service List.

☐ **(BY OVERNIGHT CARRIER)** I caused the above-titled document to be delivered via FedEx for next-day delivery to the address listed on the attached Service List.

☐ **(COURTESY COPY BY E-MAIL)** I caused the above-titled document to be delivered via e-mail from zthomas@skiermontderby.com to the e-mail address listed on the attached Service List.

☒ I declare under penalty of perjury under the laws of State of California that the above is true and correct.

Executed on November 8, 2023, at Los Angeles, California.

_____
Z'Aujanae T. Ponton

---

1

PROOF OF SERVICE



**Case Name:** *Joseph N. Mullis v. J.P. Morgan Chase & Co.*
**Case No.:** **37-2023-00045078-CU-FR-NC**

## <u>SERVICE LIST</u>

Registered Agent – CT Corporation System          *Attorneys for Defendant J.P. Morgan Chase &*
330 North Brand Boulevard, Suite 700               *Co.*
Glendale, California 91203

2

**ELECTRONICALLY RECEIVED**
Superior Court of California,
County of San Diego
**11/08/2023** at 03:43:20 PM
Clerk of the Superior Court
By Elizabeth Sanchez, Deputy Clerk

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF SAN DIEGO – NORTH COUNTY**

| | |
|---|---|
| JOSEPH N. MULLIS, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>       Defendants. | Case No. 37-2023-00045078-CU-FR-NC<br>[Honorable Robert P. Dahlquist, Dep't N-29]<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF KEVIN P. POTERE TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF JOSEPH N. MULLIS**<br><br>[*[Filed concurrently with Notice of Application and Application and Declaration of Kevin P. Potere*]<br><br>Date:     December 22, 2023<br>Time:    1:30 p.m.<br>Dept.:   N-29<br><br>**Reservation ID No.:   3049849**<br><br>Complaint Filed:    October 13, 2023 |

**PROPOSED] ORDER**

After considering the Application of Kevin P. Potere to Appear as Counsel Pro Hac Vice and all other papers submitted, having determined that all conditions to admission as counsel *pro hac vice* as outlined in California Rules of Court, Rule 9.40, have been satisfied, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Application of Kevin P. Potere to appear *pro hac vice* is GRANTED, and Kevin P. Potere may appear as counsel *pro hac vice* on behalf of Plaintiff Joseph N. Mullis in the above-entitled matter.

**IT IS SO ORDERED.**

DATED: _____          _____
                                          Honorable Robert P. Dahlquist
                                          Judge of the Superior Court

[PROPOSED] ORDER GRANTING APPLICATION OF KEVIN P. POTERE TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF JOSEPH N. MULLIS

**Case Name:** *Joseph N. Mullis v. J.P. Morgan Chase & Co.*
**Case No.:** 37-2023-00045078-CU-FR-NC

## **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO – NORTH COUNTY**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 633 West Fifth Street, Suite 5800, Los Angeles, California 90071.

On November 8, 2023, I served the foregoing document titled **[PROPOSED] ORDER GRANTING APPLICATION OF KEVIN P. POTERE TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF JOSEPH N. MULLIS** on all interested parties to this action as follows:

### **PLEASE SEE ATTACHED SERVICE LIST**

☐ **(ELECTRONIC SERVICE BY E-MAIL)** I caused electronic service of the above-titled document to be made in accordance with San Diego Superior Court Local Rules, California Rules of Court – Rule 2.251(b), California Code of Civil Procedure sections 1010.6, 1013(g), and 1013b, and the agreement of the parties, by successfully transmitting the same via e-mail from zthomas@skiermontderby.com to the e-mail address listed on the attached Service List.

☒ **(BY MAIL)** I caused mail service of the above-titled document by placing a true copy of the same document in a sealed envelope addressed as listed on the attached Service List, and placing it for collection and mailing following ordinary business practices. I am readily familiar with Skiermont Derby LLP's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

☐ **(BY PERSONAL SERVICE)** I caused the above-titled document to be electronically transmitted to Nationwide Legal for personal delivery to the address listed on the attached Service List.

☐ **(BY OVERNIGHT CARRIER)** I caused the above-titled document to be delivered via FedEx for next-day delivery to the address listed on the attached Service List.

☐ **(COURTESY COPY BY E-MAIL)** I caused the above-titled document to be delivered via e-mail from zthomas@skiermontderby.com to the e-mail address listed on the attached Service List.

☒ I declare under penalty of perjury under the laws of State of California that the above is true and correct.

Executed on November 8, 2023, at Los Angeles, California.

_____
Zi'Aujanae T. Ponton



Case Name:    *Joseph N. Mullis v. J.P. Morgan Chase & Co.*
Case No.:    **37-2023-00045078-CU-FR-NC**

## SERVICE LIST

Registered Agent – CT Corporation System      *Attorneys for Defendant J.P. Morgan Chase &*
330 North Brand Boulevard, Suite 700      *Co.*
Glendale, California 91203