1  GLASER WEIL FINK HOWARD JORDAN
       & SHAPIRO LLP
2  Emil Petrossian (CA SBN 264222)
   epetrossian@glaserweil.com
3  Alexander R. Miller (CA SBN 294474)
   amiller@glaserweil.com
4  600 West Broadway, Suite 2150
5  San Diego, California 92101
   Tel.: (619) 765-4380
6  Fax: (619) 483-0646

7  *Attorneys for Defendants*
8  NEOLOGY, INC. and
   FRANCISCO MARTINEZ DE VELASCO
9
10 *Additional Counsel Listed on Signature Page*

11                 **UNITED STATES DISTRICT COURT**

12              **SOUTHERN DISTRICT OF CALIFORNIA**

13

14  JOSEPH N. MULLIS, an individual,       CASE NO.  **'24 CV 1334 RBM MSB**

15                  Plaintiff,

16  vs.                                     **NOTICE OF RELATED CASE**

17  J.P. MORGAN CHASE & CO., a
18  Delaware corporation; RICK SMITH, an
    individual; NEOLOGY, INC., a
19  Delaware corporation; FRANCISCO
    MARTINEZ DE VELASCO, an
20  individual; AVERY DENNISON CORP.,
    a Delaware corporation; and DOES 1 to
21  20, inclusive,

22                  Defendants.

23

24

25

26

27

28

---

NOTICE OF RELATED CASE

2423246.1

**TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Civil Local Rule 40.1(f), counsel for Defendants Neology, Inc. and Francisco Martinez de Velasco hereby inform the Court that the above-captioned case is directly related to the action brought by Plaintiff against Defendants in *Joseph N. Mullis v. J.P. Morgan Chase & Co., et al.*, case number 23-cv-02106-BEN-DTF (the "Original Action"), which was initially filed in San Diego Superior Court on October 13, 2023 (Case No. 37-2023-00045078-CU-FR-NC), and later removed to this Court on November 16, 2023 (Case No. 23-cv-02106-BEN-DTF), before being remanded to state court on July 24, 2024.

The above-captioned case is the same as the Original Action, and is therefore "related" to the Original Action as set forth under Civil Local Rule 40.1(e) because both cases: (1) arise from the same events; (2) involve the same parties and property; (3) call for the determination of the same questions of law; (4) involve a case (the Original Action) that has been refiled within one year of having previously been remanded by the Court; and (5) would involve duplication of labor if heard by different judges.

As the above-captioned case and the Original Action are identical, reassignment of this case to a single district judge is likely to effect a saving of judicial effort and other economies.

///

///

///

///

///

///

///

///

///

NOTICE OF RELATED CASE

2423246.1

1

2

Dated: July 29, 2024

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP

FOLEY HOAG LLP

By: */s/ Emil Petrossian*
      Emil Petrossian
      Alexander R. Miller
      GLASER WEIL FINK HOWARD
      JORDAN & SHAPIRO LLP
      600 West Broadway, Suite 2150
      San Diego, CA 92101
      Tel: (619) 765-4380
      EPetrossian@glaserweil.com
      AMiller@glaserweil.com

      Robert Haney, Jr. (*Pro Hac Vice* application forthcoming)
      FOLEY HOAG LLP
      1301 Avenue of the Americas
      New York, NY 10019
      Tel: (212) 812-0399
      rhaney@foleyhoag.com

      Leah Rizkallah (*Pro Hac Vice* application forthcoming)
      FOLEY HOAG LLP
      155 Seaport Boulevard
      Boston, MA 02210
      Tel: (617) 832-1000
      lrizkallah@foleyhoag.com

      *Attorneys for Defendants*
      NEOLOGY, INC. and
      FRANCISCO MARTINEZ DE VELASCO

NOTICE OF RELATED CASE

2423246.1