Michael E. McCarthy (SBN 301010)
mccarthyme@gtlaw.com
Layal L. Bishara (SBN 329154)
bisharal@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7700
Fax: (310) 586-7800

Attorneys for Defendants
JPMORGAN CHASE & CO. and RICK SMITH

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; RICK SMITH, an individual; NEOLOGY, INC., a Delaware corporation; FRANCISCO MARTINEZ DE VELASCO, an individual; AVERY DENNISON CORP., a Delaware corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:24-cv-01334-RBM-MSB<br><br>(Related to Case No. 3:23-cv-02106)<br><br>Assigned to Hon. Ruth Bermudez Montenegro<br><br>**JOINT MOTION BY ALL PARTIES TO SET BRIEFING SCHEDULE (L.R. 7.2, 12.1)**<br><br>Action Filed in State Court: October 13, 2023<br><br>Action Removed: November 16, 2023<br><br>Action Remanded: July 24, 2024<br><br>Second Removal of Action: July 29, 2024 |

Plaintiff Joseph N. Mullis ("Plaintiff") and Defendants JPMorgan Chase & Co. ("JPMC"), Rick Smith, Neology, Inc. ("Neology"), Francisco Martinez De Velasco, and Avery Dennison Corp. ("Avery Dennison") (collectively, "Defendants") (all parties together, the "Parties"), by counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1) and Southern District of California Civil Local Rules 7.2(b) and 12.1, jointly stipulate and move for an order setting a schedule for Plaintiff's anticipated motion for remand and Defendants' responses to the First Amended Complaint ("FAC"). In support of this joint request, the Parties state as follows:

1. Plaintiff filed this matter against JPMC in the Superior Court of the State of California for the County of San Diego on October 13, 2023. (Related Case No. 3:23-cv-02106 (the "Related Case"), Dkt. 1 at Exh. A.)

2. JPMC removed the Related Case to the U.S. District Court for the Southern District of California on diversity grounds on November 16, 2023. (Related Case, Dkt. 1.)

3. JPMC filed a motion to compel arbitration and, in the alternative, a motion to dismiss the Complaint on January 5, 2024. (Related Case, Dkts. 5, 6.)

4. In response to JPMC's motions, Plaintiff filed the FAC on January 26, 2024. (Related Case, Dkt. 9.) The FAC added Mr. Smith, Neology, Mr. Velasco and Avery Dennison (for a total of 5 Defendants) and 14 new causes of action (for a total of 18 causes of action).

5. On February 2, 2024, Plaintiff also filed a motion to remand to state court ("Remand Motion"), arguing that newly added Defendants in the FAC were non-diverse. (Related Case, Dkt. 15.)

6. On February 16, 2024, the Parties filed a joint motion to (1) continue the hearing on the Remand Motion, and (2) set a uniform deadline for all Defendants to respond to the FAC. (Related Case, Dkt. 20.) The Court granted the joint motion on February 23, 2024, continuing the hearing on the Remand Motion to April 8, 2024, and ordering Defendants to respond to the FAC by April 30, 2024. (Related Case, Dkt. 25.)

7. On March 20, 2024, the Related Case was reassigned from Judge Larry Alan

Burns to Judge Jinsook Ohta. (Related Case, Dkt. 33.) On March 26, 2024, Judge Ohta recused, and the Related Case was reassigned to Judge William Q. Hayes. (Related Case, Dkt. 36.) On March 28, 2024, the Related Case was reassigned from Judge Hayes to Judge Roger T. Benitez. (Related Case, Dkt. 37.)

8. On April 2, 2024, the Court took the Remand Motion under submission and vacated the April 8, 2024 hearing. (Related Case, Dkt. 38.)

9. On April 18, 2024, the Parties filed a joint motion to (1) continue Defendants' deadline to respond to the FAC, and (2) set page limits for briefing on Defendants' coordinated responses to the FAC. (Related Case, Dkt. 39.) The Court granted the joint motion on April 22, 2024, ordering Defendants to respond to the FAC by May 30, 2024, and setting page limits for Defendants' coordinated responses. (Related Case, Dkt. 40.)

10. On May 30, 2024, in the Related Case, Defendants filed a joint motion to compel arbitration ("MTCA") under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, June 7, 1959, 21 U.S.T. 2517, pursuant to 9 U.S.C. § 201 *et seq*. (Related Case, Dkt. 42); Defendants filed a joint motion to dismiss for failure to state a claim (Related Case, Dkt. 43); Neology and Mr. Velasco filed a supplemental motion to dismiss for failure to state a claim (Related Case, Dkt. 44); and Avery Dennison filed a supplemental motion to dismiss for failure to state a claim (Related Case, Dkt. 45) (collectively, the "MTDs").

11. Plaintiff's oppositions to the MTCA and MTDs were due by August 2, 2024. (Related Case, Dkt. 46, 47.) On July 24, 2024, however, the Court granted Plaintiff's Remand Motion and remanded the Related Case to state court. (Related Case, Dkt. 48.) The Court found the FAC had destroyed diversity. (*Id.* at p.7.)

12. On July 29, 2024, Neology removed this action back to this Court under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, June 7, 1959, 21 U.S.T. 2517, pursuant to 9 U.S.C. § 205. (Dkt. 1.)

13. On July 31, 2024 and continuing after, the Parties met and conferred on the next procedural steps in this matter.

14. Plaintiff advised Defendants that he intends to file another motion to remand the action back to state court. Defendants advised Plaintiff that they intend to refile their MTCA and MTDs. Balancing each side's interests and seeking to find an efficient path forward, Plaintiff and Defendants agreed, subject to the Court's approval, that:

(i) Plaintiff shall file his anticipated motion for remand by August 28, 2024;

(ii) Defendants shall file a joint opposition to the remand motion by September 27, 2024, and Plaintiff shall file any reply in further support of his remand motion by October 18, 2024;

(iii) Defendants shall not be required to respond to the FAC again pending ruling on the remand motion; and

(iv) If the remand motion is denied, Defendants shall re-file and re-notice for hearing their responsive pleadings to the FAC (Related Case, Dkts. 42-45) within 14 days of the Court's order denying remand.

15. There is good cause for the Court to grant this joint motion. Given the complex procedural history of this matter, the proposed schedule will promote efficiency and an orderly procedure pending resolution of threshold jurisdictional disputes.

16. The proposed schedule does not alter any deadlines in any scheduling order issued by the Court.

17. This joint motion is filed in good faith and not for dilatory or other improper purposes. The Parties will not suffer any prejudice if the Court grants the joint motion, and all Parties have consented to the requested relief and indeed propose it.

WHEREFORE, the Parties jointly request that the Court enter an Order setting the schedule on Plaintiff's anticipated motion for remand and Defendants' responses to the FAC as proposed above in paragraph 14.

This joint motion is without prejudice to any rights, defenses, or claims of the Parties with respect to the FAC or any other matter.

| | |
|---|---|
| Dated: August 2, 2024 | GREENBERG TAURIG, LLP |
| | By: */s/ Michael E. McCarthy*<br>    Michael E. McCarthy<br>    Layal L. Bishara |
| | *Attorneys for Defendants*<br>JPMORGAN CHASE & CO. and RICK SMITH |
| Dated: August 2, 2024 | GOODWIN PROCTER LLP |
| | By: */s/ Laura A. Stoll*<br>    Laura A. Stoll (SBN 255023)<br>    **GOODWIN PROCTER LLP**<br>    601 South Figueroa Street<br>    Los Angeles, CA 90017<br>    Tel: (213) 426-2625<br>    Fax: (213) 289-7725<br>    LStoll@goodwinlaw.com |
| | Ariel E. Rogers (SBN 316910)<br>**GOODWIN PROCTER LLP**<br>601 Marshall Street<br>Redwood City, CA 94063<br>Tel: (650) 752-3321<br>Fax: (650) 649-2387<br>ARogers@goodwinlaw.com<br>*Attorneys for Defendant*<br>AVERY DENNISON CORP. |
| Dated: August 2, 2024 | FOLEY HOAG LLP |
| | GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP |
| | By: */s/ Emil A. Petrossian*<br>    Robert Haney Jr. (*Pro Hac Vice*)<br>    FOLEY HOAG LLP<br>    1301 Avenue of the Americas<br>    New York, NY 10019 |

Tel: (212) 812-0400
RHaney@foleyhoag.com

Leah S. Rizkallah (*Pro Hac Vice*)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1000
LRizkallah@foleyhoag.com

Emil A. Petrossian
Alexander Miller
GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP
600 West Broadway, Suite 1080
San Diego, CA 92101
Tel: (619) 765-4380
EPetrossian@glaserweil.com
AMiller@glaserweil.com

*Attorneys for Defendants*
*NEOLOGY, INC. and FRANCISCO MARTINEZ DE VELASCO*

Dated: August 2, 2024         SKIERMONT DERBY LLP

By: */s/Kevin P. Potere*
    Kevin P. Potere (*Pro Hac Vice*)
    kpotere@skiermontderby.com
    **SKIERMONT DERBY LLP**
    1601 Elm St., Suite 4400
    Dallas, Texas 75201
    Tel: (214) 978-6600
    Fax: (214) 978-6601

    PAUL B. DERBY (SBN 211352)
    pderby@skiermontderby.com
    JOHN E. LORD (SBN 216111)
    jlord@skiermontderby.com
    MANE SARDARYAN (SBN 287201)
    msardaryan@skiermontderby.com

**SKIERMONT DERBY LLP**
633 West Fifth Street, Suite 5800
Los Angeles, California 90071
Tel: (213) 788-4500
Fax: (213) 788-4545

*Attorneys for Plaintiff*
*JOSEPH N. MULLIS*

I, Michael E. McCarthy, certify that the content of this JOINT MOTION BY ALL PARTIES TO SET BRIEFING SCHEDULE (L.R. 7.2, 12.1) is acceptable to all parties signing this motion, as required by the United States District Court for the Southern District of California Electronic Case Filing Administrative Policies and Procedures.

Dated: August 2, 2024             GREENBERG TRAURIG, LLP

                                  By: /s/Michael E. McCarthy
                                      Michael E. McCarthy
                                      Attorneys for Defendants
                                      JPMORGAN CHASE & CO. and RICK SMITH