# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE & CO., et al,<br><br>Defendants. | Case No.: 3:24-cv-01334-BEN-MSB<br><br>**ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE FOR ANTICIPATED MOTIONS**<br><br>**[ECF No. 3]** |

On August 2, 2024, Plaintiff Joseph N. Mullis ("Plaintiff") and Defendants J.P. Morgan Chase & Co., Rick Smith, Neology, Inc., Francisco Martinez De Velasco, and Avery Dennison Corp., (collectively, "Defendants") (all parties together, the "Parties") filed a joint motion to set a briefing schedule for the parties' anticipated motions to remand and responses to the complaint (the "Joint Motion"). ECF No. 3. Good cause appearing, the Court **GRANTS** the Joint Motion.

Accordingly, the Court **ORDERS** as follows:

1. Plaintiff shall file his anticipated motion for remand by August 28, 2024;

2. Defendants shall file a joint opposition to the remand motion by September 27, 2024;

3. Plaintiff shall file a reply, if any, by October 18, 2024; and

4. The Court shall set a hearing for the motion to remand, if appropriate.

Defendants shall not be required to respond to the complaint pending ruling on the motion to remand.  If the remand motion is denied, Defendants shall re-file and re-notice their responsive pleadings to the complaint within fourteen (14) days of the Court's denying remand.

**IT IS SO ORDERED.**

Dated: August 12, 2024

_____
**HON. ROGER T. BENITEZ**
United States District Judge