# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JOSEPH N. MULLIS, an individual,     **Plaintiff,**

v.

J.P. MORGAN CHASE & CO., *et al.*     **Defendant.**

Case No. 3:24-cv-01334-JES-MSB

## PRO HAC VICE APPLICATION

Neology, Inc. and Francisco Martinez de Velasco
*Party Represented*

I, __Leah S. Rizkallah__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

- My firm name: Foley Hoag LLP
- Street address: 155 Seaport Boulevard
- City, State, ZIP: Boston, MA 02210
- Phone number: (617) 832-1000
- Email: lrizkallah@foleyhoag.com

That on __9/12/2017__ (Date) I was admitted to practice before __Southern District of New York__ (Name of Court) and am currently in good standing and eligible to practice in said court, that I am not currently suspended or disbarred in any other court, and that I [X] have [ ] have not concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

- Title of case: Mullis v. J.P. Morgan Chase & Co., *et al*.
- Case Number: 3:23-cv-02106-JES-MSB
- Date of Application: March 11, 2024
- Application: [X] Granted [ ] Denied

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Leah S. Rizkallah*
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

- (Name): Emil Petrossian
- (Telephone): (619) 765-4380
- (Firm): Glaser Weil Fink Howard Jordan & Shapiro LLP
- (Street): 600 W. Broadway, Suite 2150
- (City): San Diego, CA
- (Zip code): 92101

*/s/ Leah S. Rizkallah*
(Signature of Applicant)

I hereby consent to the above designation.

*/s/ E.P.*
(Signature of Designee Attorney)