Robert Haney Jr. – *Admitted Pro Hac Vice*
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 812-0400
RHaney@foleyhoag.com

Leah S. Rizkallah – *Admitted Pro Hac Vice*
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1000
LRizkallah@foleyhoag.com

*Attorneys for Defendants*
NEOLOGY, INC. and
FRANCISCO MARTINEZ DE VELASCO

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; RICK SMITH, an individual; NEOLOGY, INC., a Delaware corporation; FRANCISCO MARTINEZ DE VELASCO, an individual; AVERY DENNISON CORP., a Delaware corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO. 3:24-cv-01334-JES-MSB<br><br>Assigned to Hon. James E. Simmons, Jr., Courtroom 4B<br><br>**DEFENDANT NEOLOGY, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CIV. L.R. 40.2; NOTICE OF PARTIES WITH FINANCIAL INTEREST PURSUANT TO CIV. L.R. 40.2** |

2391580.1

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, Defendant Neology, Inc. states that it is a wholly-owned subsidiary of Neology Parent, Inc. and that there is no publicly held corporation which owns 10% or more of its stock.

## NOTICE OF PARTIES WITH FINANCIAL INTEREST

Pursuant to Civil Local Rule 40.2, Defendants Neology, Inc., and Francisco Martinez de Velasco certify that the following parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

- Joseph N. Mullis
- J.P. Morgan Chase & Co.
- Rick Smith
- Neology, Inc.
- Neology Parent, Inc.
- Francisco Martinez de Velasco
- Avery Dennison Corp.

Dated: September 24, 2024

Respectfully Submitted,

FOLEY HOAG LLP

GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP

By: */s/ Emil Petrossian*
    Robert Haney Jr. – *Admitted Pro Hac Vice*
    FOLEY HOAG LLP
    1301 Avenue of the Americas
    New York, NY 10019
    Tel: (212) 812-0400
    RHaney@foleyhoag.com

Leah S. Rizkallah – *Admitted Pro Hac Vice*
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1000
LRizkallah@foleyhoag.com

Emil Petrossian – SBN 264222
Alexander R. Miller – SBN 294474
GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP
600 West Broadway, Suite 2150
San Diego, CA 92101
Tel: (619) 765-4380
EPetrossian@glaserweil.com
AMiller@glaserweil.com

*Attorneys for Defendants*
NEOLOGY, INC. and FRANCISCO MARTINEZ DE VELASCO

DEFENDANT NEOLOGY, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTIES WITH FINANCIAL INTEREST

2391580.1