Michael E. McCarthy (SBN 301010)
mccarthyme@gtlaw.com
Layal L. Bishara (SBN 329154)
bisharal@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: (310) 586-7700
Fax: (310) 586-7800
Attorneys for Defendants
JPMORGAN CHASE & CO. and RICK SMITH

*Additional Defendants and Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; RICK SMITH, an individual; NEOLOGY INC., a Delaware corporation; FRANCISCO MARTINEZ DE VELASCO, an individual; AVERY DENNISON CORP., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:24-cv-01334-JES-MSB<br><br>(Related to Case No. 3:23-cv-02106)<br><br>Assigned to Hon. James E. Simmons, Jr.<br><br>**DEFENDANTS' SUPPLEMENT IN SUPPORT OF JOINT MOTION TO COMPEL ARBITRATION**<br><br>Hearing Date: April 23, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom: 4B |

Pursuant to the Court's Order (Dkt. 35), Defendants JPMorgan Chase & Co., Rick Smith, Neology, Inc., Francisco Martinez De Velasco, and Avery Dennison Corporation (collectively, "Defendants") submit this supplement in support of their pending Joint Motion to Compel Arbitration (Dkt. 32) ("MTCA").[1]

Defendants' MTCA shows that, between 2014 and 2018, Plaintiff assented to three virtually identical arbitration provisions in connection with a €50,000 loaned investment in a foreign partnership—OEP GbR, which Plaintiff calls the "Smartrac MEP." (*See* MTCA at pp. 3-4.) The MTCA shows that Plaintiff's interest in OEP GbR allowed him an indirect stake in other third-party entities—namely, "OEP Technologie and its subsidiaries, including Smartrac." (*See id.*) The MTCA also shows that Defendants, as nonsignatories, may compel arbitration because Plaintiff's claims disputing his investment's valuation derive from and depend on his underlying investment agreements, each of which requires arbitration. (*See id.* at pp. 11-15.)

On January 23, 2025, the Court granted Plaintiff leave to file a motion to amend his First Amended Complaint, along with any request for limited discovery germane to resolving the MTCA, by March 14, 2025. (Dkt. 35.)

On March 14, 2025, Plaintiff did not move for leave to amend and instead filed a motion seeking merits discovery that is irrelevant to the MTCA (Dkt. 36-1) ("Discovery Motion"). On April 1, 2025, the Court denied Plaintiff's Discovery Motion for this reason. (Dkt. 38.) As shown in Plaintiff's Discovery Motion and Defendants' joint opposition to it (Dkt. 37):

- **Plaintiff concedes that he signed the arbitration agreements.** (Discovery Motion at pp. 1-2.) *See Captain Bounce, Inc. v. Bus. Fin. Servs.*, 2012 U.S. Dist. LEXIS 36750, at *11 (S.D. Cal. Mar. 19, 2012) ("Here, Plaintiffs admit that they signed the Agreements at issue, that an arbitration provision exists in these

---

[1] Defined terms refer to the same defined terms in Defendants' underlying Joint Motion to Compel Arbitration (Dkt. 32).

Agreements, [and] that the FAA applies[.]").

- **Plaintiff does not contest the formation of the arbitration agreements.** *See Driskill v. Experian Info. Sols., Inc.*, 2024 U.S. Dist. LEXIS 183888, at *11 (N.D. Cal. Oct. 8, 2024) (Plaintiff does not "contest the formation of an agreement" and "there is no reasonable dispute that [he] assented"). (*See also* Dkt. 38 at p. 3 ("Plaintiff has not shown a genuine factual dispute over formation").)

- **And Plaintiff's purported fraud claim attacking the entirety of the Termination Agreement does not allow him to evade arbitration.** *See Simula, Inc. v. Autoliv, Inc.*, 175 F.3d 716, 726 (9th Cir. 1999) (fraud claims must be submitted to arbitration unless arbitration clause itself was somehow fraudulently procured) (citing *Prima Paint Corp. v. Flood & Conklin Mfg. Co.*, 388 U.S. 395, 403-04 (1967)).[2]

Thus, in short, Plaintiff's own arguments confirm why the MTCA should be granted.

Dated: April 2, 2025

GREENBERG TRAURIG, LLP

By: */s/ Michael E. McCarthy*
    Michael E. McCarthy
    Layal L. Bishara
    1840 Century Park East, Suite 1900
    Los Angeles, CA 90067-2121
    Tel: (310) 586-7700
    mccarthyme@gtlaw.com
    bisharal@gtlaw.com
    *Attorneys for Defendants*
    *JPMORGAN CHASE & CO. and RICK SMITH*

---

[2] Nor does Plaintiff's fraudulent inducement claim have any bearing on the independent Sale Agreement and Loan Agreement, each of which also requires arbitration. (*See* Dkt. 38 at p. 3 (denying discovery that concerned "documents created at the time of the Neology sale to OEP in 2017, which is three years after [Plaintiff] agreed to arbitration in the 2014 Sale Agreement and 2014 Loan Agreement").)

| | | |
|---|---|---|
| Dated: April 2, 2025 | | FOLEY HOAG LLP |
| | | GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP |

By: */s/ Robert Haney Jr.*
  Robert Haney Jr. – *Admitted Pro Hac Vice*
  FOLEY HOAG LLP
  1301 Avenue of the Americas
  New York, NY 10019
  Tel: (212) 812-0400
  RHaney@foleyhoag.com

  Leah S. Rizkallah – *Admitted Pro Hac Vice*
  FOLEY HOAG LLP
  155 Seaport Boulevard
  Boston, MA 02210
  Tel: (617) 832-1000
  LRizkallah@foleyhoag.com

  Emil Petrossian
  Alexander Miller
  GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP
  600 West Broadway, Suite 2850
  San Diego, CA 92101
  Tel: (619) 765-4380
  EPetrossian@glaserweil.com
  AMiller@glaserweil.com
  *Attorneys for Defendants*
  *NEOLOGY, INC. and FRANCISCO MARTINEZ DE VELASCO*

Dated: April 2, 2025    GOODWIN PROCTER LLP

By: */s/ Laura A. Stoll*
  Laura A. Stoll
  601 South Figueroa Street
  Los Angeles, CA 90017
  Tel: (213) 426-2625
  Fax: (213) 289-7725
  LStoll@goodwinlaw.com

Ariel E. Rogers (SBN 316910)
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038
ARogers@goodwinlaw.com
*Attorneys for Defendant*
AVERY DENNISON CORPORATION

I, Michael E. McCarthy, certify that the content of DEFENDANTS' SUPPLEMENT IN SUPPORT OF JOINT MOTION TO COMPEL ARBITRATION is acceptable to all parties signing this motion, as required by the United States District Court for the Southern District of California Electronic Case Filing Administrative Policies and Procedures.

Dated: April 2, 2025             GREENBERG TRAURIG, LLP

By: */s/ Michael E. McCarthy*
    Michael E. McCarthy
    *Attorneys for Defendants*
    JPMORGAN CHASE & CO. and RICK SMITH